UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARK VANDERPOOL | CIVIL ACTION NO: 6:23-CV-01019 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WAL-MART LOUISIANA, LLC | MAGISTRATE CAROL B. WHITEHURST<br>**Jury Trial Requested** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

The foregoing Motion to Dismiss considered;

IT IS HEREBY ORDERED that the above entitled and numbered cause be and the same is hereby finally dismissed with full prejudice to all rights of plaintiffs, with each party to pay their own costs of court.

Lafayette, Louisiana, this 26th day of February, 2024.

_____
U.S. DISTRICT JUDGE